**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN BROWN

     Plaintiff,

v.                                    CASE NO.:   8:19-cv-00011-VMC-CPT

AMERICAN EXPRESS

     Defendant.

<u>**NOTICE OF PENDING SETTLEMENT**</u>

    **PLAINTIFF,** JOHN BROWN, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, JOHN BROWN, and Defendant, AMERICAN EXPRESS, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

<u>**CERTIFICATE OF SERVICE**</u>

    **I HEREBY CERTIFY** that, on this 6th day of June, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

          Respectfully submitted,

          */s/Heather H. Jones*
          Heather H. Jones, Esq.
          Florida Bar No. 0118974
          William "Billy" Peerce Howard, Esq.
          Florida Bar No. 0103330
          THE CONSUMER PROTECTION FIRM, PLLC
          4030 Henderson Blvd.,
          Tampa, FL   33629
          Telephone: (813) 500-1500, ext. 205
          Facsimile: (813) 435-2369
          Heather@TheConsumerProtectionFirm.com
          Billy@TheConsumerProtectionFirm.com
          *Attorney for Plaintiff*