UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN BROWN,

    Plaintiff,

v.                             CASE NO.:  8:19-cv-00011-VMC-CPT

AMERICAN EXPRESS

    Defendant.

_____./

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff, JOHN BROWN, and the Defendant, AMERICAN EXPRESS, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    By:

*/s/ Heather H. Jones*
Heather H. Jones, Esq.
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*

*/s/ Brien V. Squires (FBN: 0291873) for:*
Ashley P. Hayes, Esq.
Florida Bar No. 91483
SHOOK, HARDY & BACON, L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
Telephone: (813) 202-7100
Facsimile: (813) 221-8837
ahayes@shb.com
lcintron@shb.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I certify that on July 16, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                        */s/ Heather H. Jones*
                                        Heather H. Jones, Esq.
                                        Florida Bar No. 0118974
                                        William "Billy" Peerce Howard, Esq.
                                        Florida Bar No. 0103330
                                        THE CONSUMER PROTECTION FIRM, PLLC
                                        4030 Henderson Blvd.
                                        Tampa, FL 33629
                                        Telephone: (813) 500-1500, ext. 205
                                        Facsimile: (813) 435-2369
                                        Heather@TheConsumerProtectionFirm.com
                                        Billy@TheConsumerProtectionFirm.com
                                        *Attorney for Plaintiff*